**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Norton et. al, v. Schmitz et al. | FILED: JULY 31, 2008<br>08CV4365<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs                                                                 TC

| | |
|---|---|
| **NAME** (Type or print)<br>Angela Lockett | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Angela Lockett | |
| **FIRM**<br>The Law Office of Standish E. Willis | |
| **STREET ADDRESS**<br>407 S. Dearborn, Suite 1395 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60605 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6284534 | **TELEPHONE NUMBER**<br>312.554.0005 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☑   APPOINTED COUNSEL ☐ | |