**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Kim Norton, et al., v. Officer Schmidz et al | FILED: JULY 31, 2008<br>08CV4365<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: TC

Plaintiffs

| | |
|---|---|
| **NAME** (Type or print)<br>Standish E. Willis | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Standish E. Willis | |
| **FIRM**<br>The Law Office of Standish E. Willis, Ltd. | |
| **STREET ADDRESS**<br>407 S. Dearborn, Suite 1395 | |
| **CITY/STATE/ZIP**<br>Chicago, IL  60605 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>53066 | **TELEPHONE NUMBER**<br>312.554.0005 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ | |